William H Coyle
plaintiff

v

Donna Shalala,
Secretary, Department of
Health & Human Services
U.S. G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __William H Coyle__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: 1-5-2000

_____
Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, __William H Coyle__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

28-1362 / 42-1983

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: Yes

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

   200 dollars a month -started Datey last week Dec. 1999
   - 500 dollars a month Disability payments SSI

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: no

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   Answer: _no_____

   a. If answer is "yes", state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   Answer: _no_____

   a. If answer is "yes", describe property and state approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   _none_____

   _____

   I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

   _____
   Signature

SUBSCRIBED AND SWORN TO before me this

_____ day of _____.

_____

_____