UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CIV-SEITZ/GARBER

WILLIAM H. COYLE,

        Plaintiff,

v.

DONNA SHALALA, Secretary,
Department of Health & Human Services,

        Defendant.
_____/

## ORDER OF REFERENCE

THIS CAUSE is before the Court *sua sponte*. It is hereby

ORDERED that the following matters are referred to United States Magistrate Judge Barry L. Garber for appropriate resolution pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida:

**ALL PRETRIAL**.

To assist in the expeditious disposition of their motions, the parties may consent to the authority of Magistrate Judge Garber to rule on case dispositive motions in this matter as an alternative to the issuance of report and recommendations. Should the parties elect this option, they SHALL FILE, within ten days of receipt of this order, a joint notice of consent.

Pursuant to this referral order, it is also

ORDERED that it shall be the responsibility of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge Garber on the case number caption (CASE NO. 00-6014-CIV-SEITZ/GARBER) and that courtesy copies of such materials shall be directed to his chambers.

DONE AND ORDERED in Miami, Florida, this _14th_ day of January, 2000.

                                       PATRICIA A. SEITZ
                                       UNITED STATES DISTRICT JUDGE

cc:  **Magistrate Judge Garber**
      William H. Coyle, *pro se*