```
                                    IN THE UNITED STATES
                                    DISTRICT COURTS FOR THE
                                    SOUTHERN DISTRICT OF FLORIDA
WILLIAM H. COYLE        )

    Plaintiff                              00-6014
                                           Seitz/Garber
        v

SECRETARY DONNA SHALALA.)

Department of Health and Human
Services. United States Government.

    Defendant
```

### MOTION TO AMEND COMPLAINT/CASE

Comes Now the Plaintiff William H. Coyle and hereby prays that the Court shall grant Petition and Motion to Amend Case 00-6014 for Plaintiff.

Wherefore for this foregoing Motion before the Court, may the Motion to Amend Complaint be Granted and so Order by this Court.

                    sign this 22 day of February 2000

cc. Seitz
    Garber                          Williami H. Coyle
    clerks of Court                 711 s.e. 2nd ave.

                                    Fort Lauderdale, FL.
                                    33316

**ENVELOPES NOT PROVIDED**

#4