IN THE UNITED STATES
DISTRICT COURTS FOR THE
SOUTHERN DISTRICT OF FLORIDA

WILLIAM H. COYLE     )
Plaintiff
    v                                    00-6014 CIV

SECRETARY, DONNA SHALALA  )
Department of Health & Human Services,
United States Government.   Defendant)

**MOTION FOR COURT CONSIDERATION ON PLAINTIFFS
PETITION TO PROCEED WITH CASE IN FORMA PAUPERIS**

Comes Now Plaintiff, William Coyle, and ask by this Court of the Honorable Judge Patricia A Seitz, for the courts consideration and determination for the Plaintiffs Petition to file his case in charge of Forma Pauperis.  case 00-6014 CIV.

The Plaintiff has attached herewith the supporting documentation of his previous on his I.F.P. case file; given with his complaint to the Clerk of the courts on January 5th 2000.

The Petitioner has notice in the previous I.F.P. motion of $500.00 disability payment,(income).  This amount as follows is corrected. As of the date of January 1, 2000  Petitioner receives $550.00 payment for medical disability.

The Petitioner has also recently taken part-time employment and expects to receive $200.00 earned income per-month.

From this day, Now, the Petitioner states that from his best recollection, that in the last previous year the Petitioner had lived on the proceeds of $6980 dollars for living expensives.

The Petitioner reaffirms he owns no tangible or intangible assets.

**ENVELOPES NOT PROVIDED**



#5
#1

Therefore may this Court give its determination of Plaintiff Motion for case filed IN Forma Pauperis, and thereby **GRANT** this Motion for Plaintiff.

The Petitioner states that all of the above is true and the best of his recollection and hereby signs this paper under the penalty of perjury.

sign this 22/day of February 2000

cc. Magistrate Garber
    courts clerk.

William H. Coyle
711 s.e. 2nd ave.
Fort Lauderdale, Florida 33316

William H Coyle
plaintiff

v.

Donna Shalala
Secretary, Department of
Health & Human Services
U.S. Go

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014

### MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __William H Coyle__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: 1-5-2000

Signature: William H Coyle

### AFFIDAVIT IN SUPPORT OF MOTION
### TO PROCEED IN FORMA PAUPERIS

I, __William H Coyle__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

28-1362 / 42-1983

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: Yes

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

   200 dollars a month - started Daley last week Dec. 1999
   - 500 dollars a month Disability payments SSI

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: no

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   Answer: __no__

   a. If answer is "yes", state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   Answer: __no__

   a. If answer is "yes", describe property and state approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   __none__

   _____

   _____

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Signature


SUBSCRIBED AND SWORN TO before me this

_____ day of _____.

_____

_____