# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-Seitz/Garber

WILLIAM H. COYLE,

      Plaintiff,

v.

DONNA SHALALA, Secretary of
Department of Health and Human
Services,

      Defendant.

_____/



## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Patricia A.

Seitz. Pursuant to such reference the Court has received the plaintiff's Motion to Proceed In Forma

Pauperis and Motion to Amend Complaint.

The Court has examined the original complaint and proposed amended complaint and finds

that neither are sufficient to apprize the defendant or Court of the nature of the complaint and the

relief sought. Rule 8 of the Federal rules of Civil Procedure provides *inter alia* as follows:

> **Rule 8. General Rules of Pleading**
>   (A) **Claims for Relief.** A pleading which sets forth a claim for relief, whether an
> original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a
> short and plain statement of the grounds upon which the court's jurisdiction
> depends, unless the court already has jurisdiction and the claim needs no new
> grounds of jurisdiction to support it, (2) a short and plain statement of the claim
> showing that the pleader is entitled to relief, and (3) a demand for judgment for the
> relief the pleader seeks. . . .

Neither the original complaint nor proposed amended complaint are in compliance with the "short

and plain statement" mandate of Rule 8.

Upon due consideration, it is hereby

ORDERED as follows:

1. Plaintiff's Motion to Amend Complaint is GRANTED. However, the proposed amended

#6

complaint submitted with the motion is not appropriate.

2. Plaintiff's Motion to Proceed In Forma Pauperis is DENIED WITHOUT PREJUDICE and may be renewed following submission of plaintiff's amended complaint.

Done and Ordered in chambers at Miami, Florida this 1st day of March, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record