```
                                    IN THE UNITED STATES DISTRICT
                                    COURTS FOR THE SOUTHERN DISTRICT
                                    OF FLORIDA. MIAMI DIVISION
```

WILLIAM H COYLE

    Plaintiff

    v

DONNA SHALALA,

Secretary for the Department )
of Health and Human Services )

    Defendant

case No. 00-6014
Seitz/Garber



## MOTION TO AMEND COMPLAINT/CASE

Comes now the Plaintiff William H, Coyle and hereby prays that the Court shall grant Petition and Motion to Amend Case 00-6014 for Plaintiffs cause.

By Order of this Court, March 1, 2000 the court required the Petition to give greater specifics of his complaint before the Court before allowing forwarding of complaint with the court. The Petitioner hopes the clarifications have been made for the Court in his Civil Rights complaint against the federal agency. However the Petitioner has not provide a Motion with his complaint for the Writ of Mandamus as has been request by relief in the complaint.

Though the Petitioner could provide proffer evidences, papers or document to supplement the request for the Writ, the Petitioner will is to be not dupliciouse of his efforts by the compliant and to let the Defendant answer complaint by the possibility of guilt response by which of course to provide a

complete Motion for the Writ - this being not in objection by the Defendant.

Therefore and by the Petitioners civil rights cause, the Plaintiff has subjected this Motion, as provided by the rules, so he may Amend his complaint and therefore may this Motion be so **Granted** by this Court.

sign this 9th day of March 2000

_William H. Coyle_    Plaintiff

William H. Coyle

711 s.e. 2nd ave

Fort Lauderdale, Fl. 33316

'A copy of this motion provided to the clerks of the court for the Miami division and copies for the Honorable Judge Seitz