```
                                    IN THE UNITED STATES
                                    DISTRICT COURT, SOUTHERN
                                    DISTRICT OF FLORIDA.
WILLIAM H. COYLE,

    Plaintiff
                                    Case No. 00-6014- Seitz/Garber
V

DONNA SHALALA, Secretary
of Department of Health and
Human Services.

    Defendant
_____/
```



## MOTION TO PROCEED CASE IN FORMA PAUPERIS

Comes Now William H. Coyle, Plaintiff in the above style cause, and motions the court of the Honorable Barry Garber Magistrate Judge. to proceed with this cause in charge of Forma pauperis.

The Petitioner received order from this Court, March 1st. 2000, of denial of the Plaintiffs February 22, 2000 Motion to Proceed with case I.F.P. of the complaint filed January 5, 2000.

The Petitioner has since given in response an Amended Complaint and accompanied motion to amend, dated March 9, 2000.

Petitioner has attached herewith the February 22, 2000 motion on I.F.P petition and has in and by thereof given the particulars and circumstantial information of the Plaintiff I.F.P. cause/motion.

Petitioner notices that his cause is also filed under U.S.C. 42 2000a, in which to the best knowledge of the Petitioner requires no payment of fees; if any consideration shall be taken upon this by the Court.

Therefore, and such upon the determination and consideration by the Court of Petitioner/Plaintiffs motion and cause, May the Court thereby **Grant** this Motion and **Hereby So Order.**

Sign this 12 day of March 2000

_____

These papers are given in good faith and mailed to clerk of the of the court, U.S. Southern District Court, Miami Division, this 12 day of March 2000.

William Coyle