UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-Seitz/Garber

WILLIAM H. COYLE,

    Plaintiff,

v.

DONNA SHALALA, Secretary of
Department of Health and Human
Services,.

    Defendant.
_____/

## OMNIBUS ORDER

THE COURT has received plaintiff's (1) Motion to Amend Complaint and (2) Motion for Court Consideration on Plaintiffs Petition to Proceed With Case **In Forma Pauperis**. Upon due consideration of said motions, it is hereby

ORDERED that plaintiff's Motion to Amend Complaint is GRANTED and the copy filed with said motion is deemed to be appropriately filed. It is further

ORDERED that plaintiff's Motion to Proceed **In Forma Pauperis** is GRANTED. Plaintiff shall forthwith effect service on the defendant.

Done and Ordered in chambers at Miami, Florida this 16th day of March, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record