# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

WILLIAM H. COYLE
Plaintiff )

V.

DONNA SHALALA, Secretery.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES. U.S. GOV.
DEFENDANT )

SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6014 CIV
SEITZ
GARBER

TO: (Name and address of defendant)

Donna Shalala, Department of Health and Human Services,
Washington D.C.
200 Independence ave. S.W. Wash. D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William H. Coyle (Pro se)
711 s.e. 2nd ave. Fort Lauderdale, Florida
33316

an answer to the complaint which is herewith served upon you, within __60 - Sixty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

MAY -2 2000

DATE

#11