# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WILLIAM H. COYLE
PLAINTIFF)

**SUMMONS IN A CIVIL CASE**

TOM SCOTT, **V.**
U.S. ATTORNEY, ET. AL
UNITED STATES ATTORNEYS OFFICE
DEFENDANT)

CASE NUMBER: ) 00-6014 CIV
SEITZ
GARBER

TO: (Name and address of defendant)

TOM SCOTT, OFFICE FOR THE UNITED STATES ATTORNEY,
99 N.W. 4th st.
MIAMI, FLORIDA. 33128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM H. COYLE
711 s.e. 2nd ave.
FORT LAUDERDALE FLORIDA. 33316

an answer to the complaint which is herewith served upon you, within ____60 - SIXTY____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE