AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

WILLIAM H. COYLE
PLAINTIFF)

## SUMMONS IN A CIVIL CASE

**V.**
JANET RENO, U.S. ATTORNEY GENERAL.
OFFICE OF ATTORNEY GENERAL. ET. AL.
DEFENDANT)

CASE NUMBER: 00-6014 CIV
SEITZ
GARBER

'00 MAY -2 P2:36

TO: (Name and address of defendant)
THE HONORABLE JANET RENO,
ATTORNEY GENERAL.
TENTH STREET AND CONSTITUTIONAL AVENUE, N.W.
WASHINGTON D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM H. COYLE, Pro se
711 s.e. 2nd ave.
FORT LAUDERDALE, FLORIDA. 33316

an answer to the complaint which is herewith served upon you, within __60 -- SIXTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                    MAY - 2 2000
CLERK                                              DATE

(BY) DEPUTY CLERK

#13