CSW

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-CIV SEITZ/Garber

WILLIAM H. COYLE,

        Plaintiff,

vs.

SECRETARY, DONNA SHALALA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, and UNITED STATES,

        Defendants.
_____/

## SUPPLEMENTAL FILING

COMES NOW the Defendant, United States of America, to advise this Court as follows:

In compliance with Local Rule 7.1A(3) of this Court, undersigned counsel has contacted Plaintiff *pro se* Coyle regarding the subject of the Defendant's Motion For Enlargement Of Time To File Answer Or Other Responsive Pleading.[1] Plaintiff **does not** oppose the motion.

                      Respectfully submitted,

                      GUY A. LEWIS
                      UNITED STATES ATTORNEY

By   _____
       CHARLES S. WHITE
       Assistant United States Attorney
       Fla. Bar No. 394981
       99 N.E. 4th Street, Suite 322
       Miami, Florida 33131
       Tel. (305) 961-9286
       Fax. (305) 530-7139

---

[1] At approximately 4:00 pm on July 5, 2000, Plaintiff *pro se* William H. Coyle made an unsolicited call to the undersigned counsel to discuss the case. During this conversation, Plaintiff *pro se* Coyle provided the Defendant with a contact telephone number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on July 5, 2000 to William H. Coyle, Plaintiff *pro se*, 711 S.E. 2nd Avenue, Fort Lauderdale, Florida 33316.

By _____
CHARLES S. WHITE
Assistant United States Attorney