IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-CIV SEITZ/Garber

WILLIAM H. COYLE,

        Plaintiff,

vs.

SECRETARY, DONNA SHALALA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, and UNITED STATES,

        Defendants.
_____/

## ORDER OF ENLARGING TIME TO FILE ANSWER OR OTHER RESPONSE

THIS CAUSE is before the Court upon the Motion of the Defendant, United States of America, and pursuant to Rule 6(b) and Rule 12(a)(3), Federal Rules of Civil Procedure, for an order enlarging the time by 45 days within which the Defendant may file an answer or other response to the complaint in this case.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT the Defendant's Motion is GRANTED. Defendant shall file an answer or other response to the complaint in this case on or before July 13, 2000.

DONE and ORDERED in chambers at Miami, Florida this 7th day of July, 2000.

                                                        PATRICIA A. SEITZ
                                                        UNITED STATES DISTRICT JUDGE

cc:    Plaintiff *pro se*
        Charles S. White, AUSA