FILED BY _____ 

00 JUL 28 AM 10: 03

CLARE_ _ADDOX
CLERK _ _IST. CT.
S.D. O. __ - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

case No. 00-6014 -CV-Seitz
BLG

WILLIAM H. COYLE
    Plaintiff

V

SECRETARY, DONNA SHALALA
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, UNITED STATES.
    Defendant.
_____/

MOTION FOR THE ENLARGEMENT OF TIME TO FILE
CROSS-REPLY TO RESPONDENTS ANSWER/PLEADING

Comes Now the Plaintiff, William Coyle, and pursuant to Rule 6(b), Fed.R.Civ.P. and respectfully moves this Honorable Court for an Enlargement of Time, within which the Plaintiff shall file his Cross-reply to Defendants answers to complaint in this case, and as grounds therefore would show,

The responsive pleading by Defendant has in whole failed to answer complaint in and of the true nature of the Defendant and in aspects of the Defendants responsibilities actions or in-actions thereof found under the color of law.

The Plaintiff received an answer via mail service 15 July 2000. So that the Plaintiff may give cross-reply to the rebuttal of the the Defendant, Plaintiff will need to file - proffer papers, documents and things to show the Court as well as the Defendant the correct aspects of law and contradictions to the asserted defenses in the Defendants response.

#19
HN

The filings of the proffered papers will be extensive.

In compliance of Local Rule 7.1A(3), the Defendant attempted to contact the Defendant and has left message in regards to this motion.

Wherefore, the Plaintiff motions as given in this papers, moves this Honorable Court for an order granting the enlargement of time by 10 days within the Plaintiff may file and Cross- reply to Defendants answer.

Respectfully submitted,

WILLIAMH.COYLE
Plaintiff, Pro se.
711 s.s. 2nd ave.
Fort Lauderdale, Fl
33316.
Tel.(954)766-7947

## CERTIFICATE OF SERVICES

I HEREBY CERTIFY that a true copy of the foregoing was furnished via U.S.Mail on JULY 27.2000 to Charles S.White, assistant U.S. Attorney. 99 N.E,4th st.,Suite 322 Miami, Florida. 33131.
Sign this 27 day of July 2000