IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-CIV SEITZ/Garber

WILLIAM H. COYLE,

        Plaintiff,

vs.

SECRETARY, DONNA SHALALA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, AND UNITED STATES,

        Defendants.
_____/

## MOTION TO DISMISS

COMES NOW the Defendant, Donna Shalala, Secretary of the United States Department of Health and Human Services, through the undersigned Assistant United States Attorney, and pursuant to Fed. R. Civ. P. 12 (b) (1) and 12 (b) (6) and hereby moves to dismiss plaintiff's complaint. A memorandum in support of this motion is attached.

                                          Respectfully submitted.

                                          GUY A. LEWIS
                                          UNITED STATES ATTORNEY

                                          CHARLES S. WHITE
                                          Assistant United States Attorney
                                          Florida Bar Number 394981
                                          99 N.E. 4th Street, Suite 322
                                          Miami, Florida 33131
                                          Tel. (305) 961-9286
                                          Fax. (305) 530-7139

BRUCE R. GRANGER
CHIEF COUNSEL - REGION IV

GWENDOLYN L. JOHNSON
ASSISTANT REGIONAL COUNSEL
Office of the General Counsel
United States Department of Health and
Human Services
61 Forsyth Street
Suite 5M60
Atlanta, GA  30303
Tel: (404) 562-7827
Fax: (404) 562-7855

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on July 31st, 2000 to William H. Coyle, Plaintiff *pro se*, 711 S.E. 2nd Avenue, Fort Lauderdale, Florida 33316.

             By _____
               CHARLES S. WHITE
               Assistant United States Attorney