UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-Seitz/Garber

WILLIAM H. COYLE,

    Plaintiff,

v.

DONNA SHALALA, Secretary of
Department of Health and Human
Services,.

    Defendant.
_____/



## ORDER

THE COURT has received plaintiff's Motion for The Enlargement of Time to File Cross-Reply to Respondents Answer/Pleading. Upon due consideration of same, it is hereby

ORDERED that said motion is GRANTED and plaintiff shall file his submission on or before August 11th, 2000. Plaintiff is advised that said reply should be limited to any affirmative defenses asserted by the defendant. The reply shall not be submitted with "extensive" papers as asserted by plaintiff in the motion now before the Court.

DONE AND ORDERED in chambers at Miami, Florida this 31st day of July, 2000.

                                      BARRY L. GARBER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record