IN THE UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-CIV SEITZ/Garber

WILLIAM H. COYLE,

    Plaintiff,

vs.

SECRETARY, DONNA SHALALA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, AND UNITED STATES,

    Defendants.
_____/

## MOTION TO STAY DISCOVERY

COMES NOW the Defendant, Donna Shalala, Secretary of the United States Department of Health and Human Services, through the undersigned Assistant United States Attorney, and pursuant to **Chudasama v. Mazda Motor Corporation**, 123 F.3d 1353, 1367-68 (11th Cir. 1997), hereby moves this Honorable Court for an order staying discovery in these proceedings pending the resolution of the Defendant's previously filed Motion to Dismiss plaintiff's complaint, and in support thereof would show as follows:

1. On January 5, 2000, the Plaintiff filed his complaint *pro se* against the Defendant United States based upon the alleged violation of civil and due process rights of the Department of Health and Human Services (HHS). In essence, Plaintiff alleged that HHS failed to adequately oversee the medical services provided to Plaintiff, or lack thereof, by a state agency resulting in the denial of Plaintiff's right to access to medical care. There is no evidence that Plaintiff attempted to serve his complaint.

2.  On March 16, 2000, the Plaintiff filed his amended complaint *pro se* against the Defendant United States which, in essence, restates with more particularity Plaintiff's allegations that HHS failed to adequately oversee the medical services provided to Plaintiff, or lack thereof, by a state agency resulting in the denial of Plaintiff's right to access to medical care. A copy of the amended complaint was received by the United States Attorney's Office, Southern District of Florida via Certified Mail on March 29, 2000. According to HHS, a copy of the amended complaint was received by HHS via Certified Mail on May 5, 2000.

3.  On July 7, 2000, the Court granted the Defendants Motion To Enlarge Time to File Answer or Other Response.

4.  On July 13, 200, the Defendant filed an answer asserting as procedural defenses that a) the Court lacks subject matter jurisdiction; b) Plaintiff has no standing to bring this cause of action; c) Plaintiff's suit is time barred; and d) Plaintiff fails to state a claim upon which relief can be granted.

5.  On July 31, 2000, the Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6), Federal Rules of Civil Procedure along with a memorandum in support thereof. In this Motion, the Defendant again asserts each of the procedural defenses previously raised.

## MEMORANDUM

The defenses raised in Defendant's Motion to Dismiss present purely legal questions; there are no issues of fact because the allegations contained in the pleading are presumed to be true. Therefore, neither the parties nor the Court have any need for discovery before the Court rule on the Motion. Discovery imposes costs on the litigants from who the discovery is sought, as well as on the party seeking discovery and imposes burdens on the judicial system. If the district court dismisses a nonmeritorious claim before discovery has begun, unnecessary costs to the litigant and to the court system can be avoided. **Chudasama v. Mazda Motor Corporation**, 123 F.3d 1353, 1367-68 (11th

Cir. 1997) Accordingly, the Court should enter an order staying discovery in these proceedings pending the resolution of the Defendant's previously filed Motion to Dismiss plaintiff's complaint.

In accordance with Rule 7.1(A)((3)(a), the undersigned has conferred with William H. Coyle, Plaintiff *pro se*, in a good faith effort to resolve by agreement the issues raised in this motion and reports that William H. Coyle, Plaintiff *pro se*, noes not oppose the Motion to Stay Discovery.

                Respectfully submitted.

                GUY A. LEWIS
                UNITED STATES ATTORNEY

                CHARLES S. WHITE
                Assistant United States Attorney
                Florida Bar Number 394981
                99 N.E. 4th Street, Suite 322
                Miami, Florida 33131
                Tel. (305) 961-9286
                Fax. (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on August 8, 2000 to William H. Coyle, Plaintiff *pro se*, 711 S.E. 2nd Avenue, Fort Lauderdale, Florida 33316.

        By                
              CHARLES S. WHITE
              Assistant United States Attorney