UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CIV-SEITZ/GARBER

WILLIAM H. COYLE,

    Plaintiff,

v.

SECRETARY DONNA SHALALA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendant's Motion to Stay Discovery. Plaintiff does not oppose said Motion. Accordingly, it is hereby

ORDERED that the Defendant's Motion to Stay Discovery is GRANTED. The discovery in this cause is hereby stayed pending the resolution of Defendant's Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of August, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
    U.S. District Judge Seitz
    Counsel of Record