UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6014-Seitz/Garber

WILLIAM H. COYLE,

    Plaintiff,

v.

DONNA SHALALA, Secretary of
Department of Health and Human
Services,

    Defendant.
_____/



## ORDER

THE COURT has received plaintiff's Motion for Enlargement of Time to File Responsive Pleading on Defendant's Motion to Dismiss. Upon due consideration of same, it is hereby

ORDERED that the aforesaid Motion is GRANTED. Plaintiff shall file his response to the Motion to Dismiss on or before September 15, 2000.

DONE AND ORDERED in chambers at Miami, Florida this 31st day of August, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
William Coyle, *pro se*
AUSA Charles White