UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CIV-SEITZ/GARBER

WILLIAM H. COYLE,

    Plaintiff,

v.

DONNA SHALALA, Secretary
of Department of Health and
Human Services,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court by Order of Reference entered by United States District Judge Patricia A. Seitz. By Order dated August 31, 2000, the Court granted Plaintiff an extension of time to file his responsive pleading on Defendant's Motion to Dismiss. Plaintiff was to respond on or before September 15, 2000.

The Court has examined the record before it and noted that Plaintiff has failed to respond to the Motion to Dismiss. Accordingly, it is hereby

ORDERED AND ADJUDGED that within fifteen (15) days of the date of this Order, Plaintiff shall file a memorandum showing good cause why default should not be entered against him for failure to respond to Defendant's Motion to Dismiss by September 15, 2000.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of November, 2000.

                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
U.S. District Patricia A. Seitz
William Coyle, *pro se*
AUSA Charles White