UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6014-CIV-SEITZ

WILLIAM H. COYLE,

    Plaintiff,

vs.

SECRETARY, DONNA SHALALA,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, AND THE UNITED STATES,

    Defendants.
_____/



## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Plaintiff's Motion to Dismiss, filed November 27, 2000 [DE-30]. Upon due consideration and pursuant to *Fed. R. Civ. P.* 41(a), it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 29th day of November, 2000.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    William Coyle, *pro se*
        Charles White, AUSA